**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DANNY VARNER,                          ) Case No. CV 20-8732-GW (JPR)
                                       )
                    Petitioner,        )
                                       )        **J U D G M E N T**
          v.                           )
                                       )
FELICIA PONCE,                         )
                                       )
                    Respondent.        )
_____       )

     Pursuant to the Order Summarily Dismissing Petition for Writ
of Habeas Corpus,

     IT IS HEREBY ADJUDGED that the Petition is dismissed without
prejudice.

DATED: December 7, 2020

                              _____
                              GEORGE WU
                              U.S. DISTRICT JUDGE